UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IFEOMA EZEKWO,

                Plaintiff,

-against-

ST. PHILLIP NERI, CATHOLIC CHURCH, BRONX, NEW YORK; ARCHDIOCESE OF NEW YORK; AMERICAN COUNCIL OF CATHOLIC BISHOPS; POPE FRANCIS AND VATICAN; RICHARD A. COPPOLA; REV. MSGR. JOSEPH P. LAMORTE; JOHN DIBATTISTA; MONSIGNOR KEVIN SULLIVAN; ARI ZERVOUDIS; CATHOLIC HOMES; LOUIS L. STANTON, Individually and in his official capacity as Justice of the Federal Southern District of New York Court New York; NORMA RUIZ, Individually and in her official capacity as Justice of the Superior Court of New York, Bronx, et al; AND JOHN (or JANE) DOES 1-10,

                Defendants.

21-CV-2175 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 19, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 20-CV-9505 (LLS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  March 19, 2021
          New York, New York

                                            COLLEEN McMAHON
                                            Chief United States District Judge